UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIGRAN GADYAN,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 5:25-cv-03219-RGK-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") filed by Tigran Gadyan ("Petitioner"), the Court's Order granting a preliminary injunction (Dkt. 16), the Answer to the Petition (Dkt. 17), Petitioner's Response (Dkt. 19), the Report and Recommendation of the United States Magistrate Judge (Dkt. 21, "Report"), Respondents' Objections to the Report (Dkt. 22), and Petitioner's Response (Dkt. 23).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Judgment shall be entered: (1) granting the Petition, in part, on the procedural due process claim, with Respondents enjoined and restrained from re-detaining Petitioner absent compliance with the United States Constitution and all applicable federal laws, regulations, and procedures; and (2) denying the Petition in all other respects without prejudice as moot.

Dated: 3/23/2026

R. GARY KLAUSNER
United States District Judge

2