UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIGRAN GADYAN,<br>          Petitioner,<br><br>          v.<br><br>KRISTI NOEM, et al.,<br><br>          Respondents. | Case No. 5:25-cv-03219-RGK-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge (Dkt. 24, "Order"),

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) granted, in part, on the procedural due process claim, with Respondents enjoined and restrained from re-detaining Petitioner absent compliance with the United States Constitution and all applicable federal laws, regulations, and procedures; and (2) denied in all other respects without prejudice as moot.

Dated: 3/23/2026

R. GARY KLAUSNER
United States District Judge